UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF13210 (rev 09/2012)

In re:

**Michael John Fox**,　　　　　　　　　　　　　　Case No. **13−70517−BHL−13**
SSN: xxx−xx−3192　　　EIN: NA
　2023 W. Indiana Street
　Evansville, IN 47712
　　　Debtor(s).

# NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

A(n) Amended Chapter 13 Plan was filed on June 7, 2013, by Debtor Michael John Fox. A copy of this document is attached.

NOTICE IS GIVEN that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by July 8, 2013, whichever is later. Objections must comply with S.D.Ind. B−9013−1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amendedplan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated: June 10, 2013　　　　　　　　　　　　Kevin P. Dempsey
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court