United States Bankruptcy Court
Southern District of Indiana

In re:  
Michael John Fox  
    Debtor

Case No. 13-70517-BHL  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0756-3    User: nratliff    Page 1 of 1    Date Rcvd: Jun 24, 2015  
                      Form ID: ntctrc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2015.  
12207605       +EFS Fin Co, LLC-Nelnet-G on behalf of d/b/a ASA,    MHEAC d/b/a ASA,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2015 at the address(es) listed below:  
         James Raymond Wiesneth, Jr.    on behalf of Debtor Michael John Fox courtreports@wiesnethlaw.com  
         Robert P. Musgrave      evansville@trustee13.com;Evansville.trustee13@gmail.com  
         Scott S. Stone    on behalf of Creditor    City of Carmi, IL stone@msslegal.com,  
          buckman@msslegal.com;cullison@msslegal.com  
         U.S. Trustee      ustpregion10.in.ecf@usdoj.gov  
                                                                                                                                TOTAL: 4

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

NTCTRC (rev 09/2014)

In re:

**Michael John Fox**,
        Debtor(s).

Case No. **13−70517−BHL−13**

## NOTICE OF TRANSFER OF CLAIM

A Transfer of Claim #13 was filed on June 24, 2015, by ECMC and is attached to this notice.

**NOTICE IS GIVEN** that the transferee will be substituted as the original claimant without further order of the Court unless an objection is filed by July 15, 2015.

Dated:  June 24, 2015

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

SOUTHERN District Of IN**EVANSVILLE

In re FOX, MICHAEL J.   Case No. 1370517 BHL

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | AMERICAN STUDENT ASSISTANCE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  ECMC
  P.O. Box 16408
  St. Paul, MN 55116-0408

Court Claim # (if known): 13
Amount of Claim: $54,877.66
Date Claim Filed: 05/13/2013

Phone: 651-221-0566
Last Four Digits of Acct #: 3192

Phone: 8009999080
Last Four Digits of Acct #: 3192

Name and Address where transferee payments should be sent (if different from above):
  ECMC
  Lockbox #8682
  P.O. Box 16478
  St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 3192

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Melissa Born               Date: 06/24/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*